THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZINAIDA GORELAYA, an individual, | CASE NO. C20-0938-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation of voluntary dismissal (Dkt. No. 11). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

Here, all parties that have appeared stipulate that all claims shall be dismissed without prejudice. (Dkt No. 11.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED without prejudice. The Clerk is directed to CLOSE this case.

//

DATED this 28th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
